Filed in Red Willow District Court
*** EFILED ***
Case Number: D48CI180000118
Transaction ID: 0007437648
Filing Date: 09/12/2018 10:11:37 AM CDT

IN THE DISTRICT COURT OF RED WILLOW COUNTY, NEBRASKA

| | |
|---|---|
| SUZETTE D. DUTCHER, an individual, ) | |
| ) | Case No. CI 18-___ |
| Plaintiff, ) | |
| ) | |
| vs. ) | COMPLAINT |
| ) | |
| THE STATE OF NEBRASKA DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Suzette D. Dutcher, and for her causes of action against Defendant, The State of Nebraska Department of Corrections, state and alleges as follows:

## PRELIMINARY STATEMENT

1. Plaintiff, Suzette D. Dutcher, brings this action against The State of Nebraska Department of Corrections, for violations of the Americans with Disabilities Act of 1990 ("ADA") as amended by the ADA Amendments Act of 2008 ("ADAAA"), 42 U.S.C. §§ 12101 to 12213 (collectively, the "ADA") and The Nebraska Fair Employment Practice Act ("NFEPA"), Neb. Rev. Stat. § 48-1104. Plaintiff's causes of action arise from Plaintiff's employment agreement and relationship with Defendant.

2. Defendant hired Plaintiff in February 2002. During her tenure at The State of Nebraska Department of Corrections, Plaintiff performed her work satisfactorily. Despite Plaintiff's many achievements, Defendant discriminated against and fired her for her disabilities, record of disabilities, and in retaliation for her requests for a reasonable accommodation for her disability. As a result, Plaintiff has suffered significant emotional and monetary damages.

1

**JURISDICTION**

3. This Court has subject-matter jurisdiction over this case pursuant to Neb. Rev. Stat. § 24-302 because there is an actual and justiciable controversy between the parties to this lawsuit. This Court has personal jurisdiction over Defendant because Defendant's principal place of business is in Nebraska, and Plaintiff alleges Defendant caused tortious injury to Plaintiff in Nebraska. Personal jurisdiction over Defendant complies with the Nebraska and the United States Constitutions.

**VENUE**

4. Venue is proper in Red Willow County pursuant to Neb. Rev. Stat. § 25-403.01 because a substantial part of the events that give rise to the above-captioned lawsuit took place in Red Willow County.

**CONDITIONS PRECEDENT**

5. On June 27, 2017, Plaintiff timely filed charges of disability, age, sex, and retaliation with the Nebraska Equal Opportunity Commission (NEOC).

6. On or about June 15, 2018, the NEOC issued letters of Commission Determination regarding the charges. Plaintiff requested a substantial weight review.

7. On or about August 9, 2018, the U.S. Equal Employment Opportunity Commission (EEOC) issued a Dismissal and Notice of Rights.

8. Plaintiff has satisfied all private, administrative, and judicial prerequisites to commencing this action.

**PARTIES**

9. Plaintiff is a 53 year old woman with a knee injury residing in Culbertson, Nebraska.

10. Plaintiff was at all relevant times an employee of Defendant, as defined by the ADA and NFEPA.

11. Defendant The State of Nebraska Department of Corrections is tasked with the general duty of housing and processing inmates and those held because of charges or convictions related to crimes in the jurisdiction and other areas.  Defendant was at all relevant times an "employer" and/or "person" as that term is defined under the ADA and NFEPA (covering "governments, governmental agencies, political subdivisions…" in the case of the ADA, and "the State of Nebraska, governmental agencies, and political subdivisions" in the case of the NFEPA).

## FACTS

11. Plaintiff began working for Defendant in 2002 as a CDC Supervisor at Defendant's Work Ethic Camp in McCook, Nebraska.

12. During her tenure, Plaintiff's work performance met or exceeded Defendant's legitimate expectations.  Plaintiff's reviews of her performance were consistently satisfactory and/or excellent.

13. On April 21, 2015, while participating in job training in take-down techniques, requested by Defendant, Plaintiff suffered an injury to her right knee.

14. Defendant was timely notified of the injury.

15. Plaintiff underwent surgeries in July and September-October for 2015 to fix her right knee.  She received medical restrictions of no squatting, stooping, twisting, bending, crawling, or kneeling as well as varied lifting restrictions.

16. Plaintiff was initially accommodated by Defendant.  Plaintiff was initially able to ask other employees to perform any lifting that exceeded Plaintiff's restrictions.

17. Defendant, by and through a Human Resource Representative, indicated Plaintiff had to be accompanied at all times by a Level 3 PPCT-certified employee any time Plaintiff interacted with inmates.

18. Plaintiff's injury prevented Plaintiff from certifying in or performing Level 3 PPCT.

19. Performing Level 3 PPCT take down techniques and restraints on inmates was not part of Plaintiff's regular job duties. As a CDC supervisor, Plaintiff did not carry handcuffs and was working outside of the inmate section. Furthermore, at any given point in time, Plaintiff was reasonably close to other employees of Defendant trained in Level 3 PPCT, such as regularly-posted correctional officers.

20. On September 15, 2016, Plaintiff received a letter from Defendant, by and through one of its Wardens, stating it had been a year since restrictions were imposed and Plaintiff still had restrictions. Plaintiff was informed she could not remain in her position if she continued to have restrictions, and was given ninety days to find another position or be terminated.

21. Plaintiff's supervisor requested Plaintiff's position be downgraded to Level 2 PPCT which is referred to as "flee and evade" and is in closer alignment with Plaintiff's actual job duties. This would allow Plaintiff to keep her job and alleviate the perceived restriction.

22. In October or November of 2016, Defendant, by and through a Human Resources Representative, informed Plaintiff the requested downgrade would not happen. There were allegedly no other positions available at the location where Plaintiff worked which would accommodate Plaintiff's abilities.

4

23. On December 16, 2016, Plaintiff was terminated for failing to complete Level 3 PPCT training and allegedly failing to fulfill the regular duties of her position, which Plaintiff denies. Plaintiff did the same job from date of hire to termination of employment. Her accommodations fit into her daily duties.

24. Plaintiff engaged in Defendant's internal grievance process, to no avail.

## COUNT I: VIOLATION OF THE NEBRASKA FAIR EMPLOYMENT PRACTICES ACT

25. Plaintiff incorporates by this reference Paragraphs 1 through 24 of this Complaint as though fully set forth herein.

26. Plaintiff was at all relevant times an employee of Defendant for purposes of the Nebraska Fair Employment Practices Act.

27. Plaintiff fulfilled all material terms and conditions of employment at all relevant times.

28. Defendant's proffered reason for terminating Plaintiff was pretextual.

29. Defendant terminated Plaintiff on the basis of her disability, in violation of the Nebraska Fair Employment Practices Act.

30. The violation directly and proximately caused Plaintiff damage

## COUNT II: VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

31. Plaintiff incorporates by this reference Paragraphs 1 through 30 of this Complaint as though fully set forth herein.

32. Plaintiff is a disabled person as defined by the ADA, and Defendant was aware of Plaintiff's disability.

33. Defendant violated the ADA by:

   a. Failing to provide Plaintiff a reasonable accommodation;

    b. Subjecting Plaintiff to an adverse employment action on the basis of her disability; and

    c. Retaliating against Plaintiff for attempting to exercise her rights under the ADA.

34. The violations directly and proximately caused Plaintiff damage.

WHEREFORE, Plaintiff prays for judgment against the Defendant for past lost wages and benefits, reinstatement and/or front pay, compensatory damages, reasonable attorney fees, and for such other and further relief as the Court deems just and equitable in the premise.

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues in the above-captioned matter.

    SUZETTE D. DUTCHER, Plaintiff

BY    SMITH, JOHNSON, BAACK, PLACZEK, ALLEN, CONNICK & HANSEN
       104 N. Wheeler Avenue
       Grand Island, NE  68801
       (308) 382-1930
       thansen@gilawfirm.com

By    /s/ Tanya J. Hansen
       Tanya J. Hansen, #23306

5370-1/716625

Filed in Red Willow District Court
*** EFILED ***
Case Number: D48CI180000118
Transaction ID: 0007579838
Filing Date: 10/10/2018 08:14:10 AM CDT

## SERVICE RETURN

RED WILLOW DISTRICT COURT
Red Willow County Courthouse
502 Norris Ave
McCook            NE 69001

To:
Case ID: CI 18     118   Dutcher v. State of NE Dept of Correctio

Received this Summons on _____, _____. I hereby certify that on

_____ions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Nebraska Dept. of Corrections
% Office of the Attorney General
345 State Capitol
Lincoln, NE 68508

9590 9402 4045 8079 4149 32

2. Article Number (Transfer from service label)

7018 1130 0002 1546 9055

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Catherine Bergin     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Catherine Bergin

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

[LINCOLN NE STATE HOUSE STA 68509 SEP 19 2018]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: State of NE Dept of Corrections

At the following address: % Office of the Attorney General
345 State Capitol, Lincoln, NE 68508

on the __14th__ day of __September__ __2018__, as required by Nebraska state law.

Tanya J. Hansen

Postage $ __6.88__    Attorney for: __Suzette Dutcher__

The return receipt for mailing to the party was signed on __September 19, 2018__.

To: State of NE Dept of Corrections       From: Tanya J Hansen
    % Office of the Attorney General            Allen, Connick & Hansen
    345 State Capitol                           104 N Wheeler
    Lincoln, NE 68508                           Grand Island, NE 68801

**ATTACH RETURN RECEIPT & RETURN TO COURT**

## Certificate of Service

I hereby certify that on Wednesday, October 10, 2018 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

State of NE Dept of Corrections service method: No Service

Signature: /s/ Hansen,Tanya Jo (Bar Number: 23306)

Filed in Red Willow District Court
*** EFILED ***
Case Number: D48CI180000118
Transaction ID: 0007437648
Filing Date: 09/12/2018 10:11:37 AM CDT

IN THE DISTRICT COURT OF RED WILLOW COUNTY, NEBRASKA

| | |
|---|---|
| SUZETTE D. DUTCHER, an individual, ) | |
| ) | Case No. CI 18-___ |
| Plaintiff, ) | |
| ) | |
| vs. ) | PRAECIPE FOR SUMMONS |
| ) | |
| THE STATE OF NEBRASKA DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

Please issue summons directed to Defendant as follows:

    Office of the Attorney General
    345 State Capitol
    Lincoln, NE 68508

Service shall be made on Defendant by certified mail, with a copy of the Complaint and Summons issued herein.

Please endorse upon said Summons that if Defendant fail to appear and answer, judgment may be entered for the relief demanded in the Complaint.

    SUZETTE D. DUTCHER, Plaintiff,

    BY    SMITH, JOHNSON, BAACK, PLACZEK,
           ALLEN, CONNICK & HANSEN
           104 N. Wheeler Avenue
           Grand Island, NE 68801
           (308) 382-1930
           thansen@gilawfirm.com

    By    /s/ Tanya J. Hansen
           Tanya J. Hansen, #23306

5370-1/717653

1

| Image ID: | **SUMMONS** | Doc. No. 9956 |
|---|---|---|
| D00009956D48 | | |

IN THE DISTRICT COURT OF Red Willow COUNTY, NEBRASKA
Red Willow County Courthouse
502 Norris Ave
McCook                NE 69001

Suzette D. Dutcher v. State of NE Dept of Corrections

Case ID: CI 18    118

TO:   State of NE Dept of Corrections

**FILED BY**
Clerk of the Red Willow District Court
09/14/2018

You have been sued by the following plaintiff(s):

   Suzette D Dutcher

Plaintiff's Attorney:   Tanya J Hansen
Address:                Allen, Connick & Hansen
                        104 N Wheeler
                        Grand Island, NE 68801
Telephone:              (308) 382-1930

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: SEPTEMBER 14, 2018    BY THE COURT:   *Lori O'Dea*
                                            Clerk



PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    State of NE Dept of Corrections
    % Office of the Attorney General
    345 State Capitol
    Lincoln, NE 68508

Method of service:  Certified Mail
Special Instructions:
Please serve copy of Complaint.

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

| | | |
|---|---|---|
| | **SERVICE RETURN** | Doc. No.    9956 |

RED WILLOW DISTRICT COURT<br>
Red Willow County Courthouse<br>
502 Norris Ave<br>
McCook            NE 69001

To:
Case ID: CI 18      118 Dutcher v. State of NE Dept of Correctio

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons

upon the party:
_____

by _____

_____

_____

as required by Nebraska state law.

Service and return       $ _____

Copy                         _____

Mileage ____miles        _____

   TOTAL            $ _____

Date: _____    BY: _____
                                                             (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                                             _____

Postage $ _____     Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: State of NE Dept of Corrections        From: Tanya J Hansen
    % Office of the Attorney General              Allen, Connick & Hansen
    345 State Capitol                             104 N Wheeler
    Lincoln, NE 68508                             Grand Island, NE 68801
```

**ATTACH RETURN RECEIPT & RETURN TO COURT**